UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| v. ) | Case No. 5:17-CR-070-VEH-JHE |
| TALARI STARRLEATTA WILLIAMS, ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Defendant TALARI STARRLEATTA WILLIAMS, through counsel, and respectfully requests leave to file a document under seal.

Respectfully Submitted,

KEVIN L. BUTLER
Federal Public Defender

*/s/ Deanna Lee Oswald*
Deanna Lee Oswald
Assistant Federal Defender
200 Clinton Avenue West, Suite 503
Huntsville, AL 35801
256-684-8700 (t)
256-519-5948 (f)
deanna_oswald@fd.org

## CERTIFICATE OF SERVICE

I certify that on April 21, 2017, the foregoing was filed with the Clerk of Court and docketed electronically using this Court's CM/ECF system, which will provide notice to counsel of record.

*/s/ Deanna Lee Oswald*
Deanna Lee Oswald